**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 12

```
┌─────────────────────────────────────┐
│                                     │
│              Plaintiff,             │
│                                     │
│     v.                              │
│                                     │
│                                     │
│              Defendant.             │
└─────────────────────────────────────┘
```

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that _____
has been substituted as attorney of record for _____ in this action in place of
_____.

Dated: _____

_____

By: _____

\* \* \* \* \* \* \* \* \*

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this
action as attorney for _____
_____, the _____ herein,
and requests that all papers in connection therewith be served upon     .

The individual attorney in the undersigned firm, corporate law department, or the

Government, who is responsible for the litigation, is _____.

Dated: _____

_____
Attorney

_____
Street Address

_____
City, State and Zip Code

By:_____
New Attorney of Record

(As amended June 5, 2015, eff. July 1, 2015.)